UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |   3:09-md-02100-DRH-PMF<br><br>  MDL No. 2100<br><br>  ORDER |

This Document Relates to:

*Yolanda Newsome v.*                    No. 3:10-cv-10333-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal with prejudice filed in this Court on February 1, 2012, plaintiff's complaint is **DISMISSED** with prejudice.  Each party shall bear their own costs.

  NANCY J. ROSENSTENGEL,
  CLERK OF COURT

  BY:   /s/*Sandy Pannier*
          **Deputy Clerk**

DATED: February 21, 2012

David R. Herndon
2012.02.21
14:37:58 -06'00'

APPROVED:
    **CHIEF JUDGE
    U. S. DISTRICT COURT**